No. 25-10973

# In the
# United States Court of Appeals
# for the Eleventh Circuit

◆

**BOE, ET AL. v. MARSHALL ET AL.**
**(IN RE: MELODY H. EAGAN & JEFFREY P. DOSS)**
**(IN RE: CARL CHARLES)**

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Hon. Liles C. Burke, United States District Judge
Case Number 2:22-CV-184-LCB-CWB

◆

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO EXCEED WORD LIMIT**

◆

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
mlembke@bradley.com

*Attorney for Appellee*

No. 25-10973
Boe, et al. v. Marshall, et al.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Cir. R. 26.1-1, Appellee, by and through its undersigned counsel, hereby submits the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to any party:

1. Alliance Defending Freedom – Counsel for Defendants
2. Assaf, Eugene F. – Counsel for Respondent
3. Austin, Sarah – Counsel for Plaintiff
4. Badham & Buck LLC – Counsel for Respondent
5. Bailey, Daryl D. – Defendant
6. Bainbridge Mims Rogers & Smith LLP – Counsel for Respondent
7. Balkoski, Katherine – Counsel for Respondent
8. Barnes, Brian W. – Counsel for Defendants
9. Beaverstock, Hon. Jeffrey U. – United States District Judge
10. Berg, Rachel – Counsel for Plaintiff
11. Bowdre, Alexander Barrett – Counsel for Defendants
12. Bradley Arant Boult Cummings LLP – Counsel for Appellee

13. Brooks, Roger G. – Counsel for Defendants

14. Brown, Ashley C. – Counsel for *Amici Curiae* Law Professors

15. Bryan, Hon. Chad W. – U.S. Magistrate Judge

16. Buck, Brannon Jeffrey – Counsel for Respondent

17. Burke, Hon. Liles C. – United States District Judge and Appellee

18. Caplan Cobb LLC – Counsel for *Amici Curiae* Law Professors

19. Carr, Danny – Defendant

20. Charles, Carl Solomon – Respondent

21. Collins, J. Turner – Counsel for Appellee

22. Cooper & Kirk, PLLC – Counsel for Defendants

23. Copeland Franco Screws & Gill – Counsel for Respondent

24. Crocker, Champ – Defendant

25. Davis, James William – Counsel for Defendants

26. Dominick Feld Hyde, P.C. – Counsel for Respondent

27. Doss, Jeffrey P. – Respondent / Appellant

28. Driver, Christopher B. – Counsel for Respondent

29. Eagan, Melody H. – Respondent / Appellant

30. Eber, Michael L. – Counsel for *Amici Curiae* Law Professors

31. Eggleston, Warren Neil – Counsel for Respondent

32. Esseks, James D. – Respondent

33. Eversheds Sutherland LLP – Counsel for *Amici Curiae* Law Professors

34. Farella Braun & Martell LLP – Counsel for Respondent

35. Faulks, LaTisha Gotell – Respondent

36. Fleming, John H. – Counsel for *Amici Curiae* Law Professors

37. Frampton, Henry W. IV – Counsel for Defendants

38. Franklin, Samuel H. – Counsel for Respondent

39. GLBTQ Legal Advocates & Defenders – Counsel for Plaintiffs

40. Hartnett, Kathleen Roberta – Respondent

41. Holliday, Shannon Lynn – Counsel for Respondent

42. Human Rights Campaign Foundation – Counsel for Plaintiffs

43. Jenner & Block LLP – Counsel for Respondent

44. King & Spalding – Counsel for Plaintiffs

45. King, Mark Christian – Counsel for Respondent

46. Kirkland & Ellis LLP – Counsel for Respondent

47. Klugh, Richard C. – Counsel for Appellants

48. LaCour Jr., Edmund Gerard – Counsel for Defendants

49. Lembke, Matthew H. – Counsel for Appellee

50. Levi, Jennifer L. – Respondent

51. Lightfoot, Franklin & White LLC – Counsel for Respondent

52. Markus, David Oscar – Counsel for Appellants

53. Marshall, Steve – Defendant

54. McCoy, Scott D. – Respondent

55. McDaniel, Riley A. – Counsel for Appellee

56. McKay, Charles A. – Counsel for Defendants

57. Mills, Christopher Ernest – Counsel for Defendants

58. Minter, Shannon – Respondent

59. National Center for Lesbian Rights – Counsel for Plaintiffs

60. Office of the Alabama Attorney General – Counsel for Defendants

61. Orr, Asaf – Respondent

62. Otterberg, April A. – Counsel for Respondent

63. Pacheco, Byron – Counsel for Respondent

64. Patterson, Peter A. – Counsel for Defendants

65. Peterson, Misty L. – Counsel for Plaintiffs

66. Prater IV, Harlan I. – Counsel for Respondent

67. Pratt, James Andrew – Counsel for Plaintiffs

68. Proctor, Hon. R. David – United States District Judge

69. Ragsdale, Barry Alan – Counsel for Respondent

70. Ramer, John D. – Counsel for Defendants

71. Reinke, Adam – Counsel for Plaintiffs

72. Remar, Robert – Counsel for Appellants

73. Rogers, Bruce Frederick – Counsel for Respondent

74. Schoenberg, Anthony Paul – Counsel for Respondent

75. Sechler, Philip A. – Counsel for Defendants

76. Segall, Robert David – Counsel for Respondent

77. Seiss, Benjamin Matthew – Counsel for Defendants

78. Shortnacy, Michael B. – Respondent

79. Soto, Diego Armando – Counsel for Plaintiffs

80. Southern Poverty Law Center – Counsel for Plaintiffs

81. Spero Law LLC – Counsel for Defendants

82. Stoll, Christopher F. – Counsel for Plaintiffs

83. Stone, Jessica Lynn – Counsel for Plaintiffs

84. Tarbox, James H. – Defendant

85. Terenzi, Elizabeth Nicholson – Counsel for Respondent

86. Thompson, David H. – Counsel for Defendants

87. Ugai, John Michael – Counsel for Respondent

88. Unikowsky, Adam Granich – Counsel for Respondent

89. Vague, Amie A. – Counsel for Plaintiffs

90. Vance III, Robert Smith – Counsel for Respondent

91. Ventiere, Jessica – Defendant

92. Waddell, Timothy Brandon – Counsel for *Amici Curiae* Law Professors

93. Warbelow, Sarah – Counsel for Plaintiffs

94. Watkins, Hon. William Keith – United States District Judge

95. Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs

96. Wetzel, Christopher A. – Counsel for Appellee

97. Whelan, Amy – Counsel for Plaintiffs

98. Wilson, Jenny – Counsel for Appellants

99. Wilson, Thomas Alexander – Counsel for Defendants

Pursuant to 11th Cir. R. 26.1-3, Appellee certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Respectfully submitted,

/s/ *Matthew H. Lembke*
Matthew H. Lembke
*Attorney for Appellee*

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO EXCEED WORD LIMIT

Appellee, the Honorable Liles C. Burke in his capacity as a United States District Judge sitting by designation on the United States District Court for the Middle District of Alabama, moves the Court (a) pursuant to Federal Rule of Appellate Procedure 26(b) and 11th Cir. R. 31-2(a) for an extension of time to file both of his appellate briefs to and including November 21, 2025; and (b) pursuant to 11th Cir. R. 32-4 for a word-limit extension to 20,000 words for his brief in response to the brief of Appellants Doss and Eagan (as well as the brief of the *Amici Curiae* Law Professors). In support of this Motion, Appellee states as follows:

1. On February 25, 2025, the district court entered the Order regarding Appellants Carl Charles, Jeffrey Doss, and Melody Eagan giving rise to this appeal.

2. Charles filed a notice of appeal on March 25, 2025, and Doss and Eagan filed a notice of appeal on March 26, 2025.

3. Initially, Appellants' briefs were due May 5, 2025, but they received three extensions, first to June 4, 2025, then to July 21, 2025, and finally to July 28, 2025. The total amount of the extensions was 84 days.

4. On July 9, 2025, Doss and Eagan moved for leave to file a joint brief not to exceed 20,000 words.

1

5. On July 28, 2025, Doss and Eagan filed their opening brief, which contained 16,106 words. The Court granted Doss and Eagan's motion to exceed the word count on July 31, 2025.

6. On July 28, 2025, Charles filed his opening brief, which contains 12,907 words.

7. *Amici curiae* Law Professors moved on August 4, 2025, for leave to file their 5,427-word brief in support of Doss and Eagan, which was then filed on September 5, 2025.

8. There is minimal substantive overlap between Doss and Eagan's brief (as supported by the *amici*) and Charles's brief.

9. On August 21, 2025, this Court ordered the district court "to file an appellee's brief for this appeal within 60 days." App. Doc. 51 at 2.[1] The current due date is October 20, 2025. This Court noted that it would "entertain any request for an extension of the brief due date should the District Court need additional time." *Id.* at 2 n.1.

10. Due to administrative issues in formalizing the engagement to provide legal services to Appellee, the undersigned counsel was not able to begin substantive legal work on the appeals until September 12, 2025.

---

[1] "App. Doc." refers to documents filed in this appeal (Case No. 25-10973).

2

11. Because Doss and Eagan's brief and Charles's brief have little substantive overlap, Appellee intends to file two briefs: (1) a brief in response to Doss and Eagan's brief (as supported by the *amici*) and (2) a brief in response to Charles's brief.

12. Doss and Eagan's brief and the supporting *amici's* brief combined contain 21,533 words. Appellee requests leave to file a brief of up to 20,000 words in response.

13. Charles's brief contains 12,907 words. Appellee does not seek a word-limit extension for his brief in response to Charles's opening brief.

14. Given the need for Appellee to respond to three briefs, the voluminous record in this appeal, and that the undersigned counsel is new to this case, Appellee requests an extension to and including November 21, 2025, to file his briefs.

15. Appellants and the Amici do not oppose the requested due-date and word-limit extensions.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court will (a) extend the deadline for Appellee to file his two briefs to and including November 21, 2025, and (b) permit Appellee to file a brief in response to the opening brief of Appellants Doss and Eagan (as well as the supporting brief of the *amici*) containing up to 20,000 words.

Respectfully submitted,

/s/ *Matthew H. Lembke*

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
*Attorney for Appellee*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, the undersigned counsel certifies that this motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. This motion contains 647 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

As required by Federal Rule of Appellate Procedure 27(d)(1)(E) and 11th Cir. R. 27-1(a)(11), this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in Times New Roman type style, font size 14.

/s/ *Matthew H. Lembke*
Of Counsel

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on this 16th day of September, 2025, using the Court's CM/ECF system, which will serve notice on all counsel of record.

/s/ *Matthew H. Lembke*
Of Counsel
