# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10973

_____

PAUL A. EKNES-TUCKER,
   Rev., et al.,

                                             *Plaintiffs,*

CARL S. CHARLES,
MELODY H. EAGAN,
JEFFREY P. DOSS,

                                          *Movants-Appellants,*

versus

GOVERNOR OF THE STATE OF ALABAMA, et al.,

                                             *Defendants,*

ATTORNEY GENERAL STATE OF ALABAMA,
DISTRICT ATTORNEY, FOR MONTGOMERY COUNTY,
DISTRICT ATTORNEY, FOR LEE COUNTY,
DISTRICT ATTORNEY, FOR JEFFERSON COUNTY,
DISTRICT ATTORNEY, FOR CULLMAN COUNTY, et al.,

                                        *Defendants-Appellees.*

2                         Order of the Court                         25-10973

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:22-cv-00184-LCB-CWB

_____

ORDER:

Appellee's Motion for Extension of Time and for Leave to Exceed the Word Limit is GRANTED as follows.

The deadline for filing the response brief is extended up to and including November 21, 2025. Appellee may file a single consolidated response brief with up to 30,000 words. *See* Fed. R. App. P. 28 I.O.P. 2.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION