No. 25-10973

## In the
# United States Court of Appeals
# for the Eleventh Circuit

◆

## BOE, ET AL. v. MARSHALL, ET AL.
## (IN RE: MELODY H. EAGAN & JEFFREY P. DOSS)
## (IN RE: CARL CHARLES)

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Hon. Liles C. Burke, United States District Judge
Case Number 2:22-CV-184-LCB-CWB

◆

### APPELLEE'S MOTION TO SUPPLEMENT THE RECORD

◆

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
mlembke@bradley.com

*Attorney for Appellee*

No. 25-10973
Boe, et al. v. Marshall, et al.

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Cir. R. 26.1-1, Appellee, by and through its undersigned counsel, hereby submits the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to any party:

1.    Alliance Defending Freedom – Counsel for Defendants

2.    Assaf, Eugene F. – Counsel for Respondent

3.    Austin, Sarah – Counsel for Plaintiff

4.    Badham & Buck LLC – Counsel for Respondent

5.    Bailey, Daryl D. – Defendant

6.    Bainbridge Mims Rogers & Smith LLP – Counsel for Respondent

7.    Balkoski, Katherine – Counsel for Respondent

8.    Barnes, Brian W. – Counsel for Defendants

9.    Beaverstock, Hon. Jeffrey U. – United States District Judge

10.    Berg, Rachel – Counsel for Plaintiff

11.    Bowdre, Alexander Barrett – Counsel for Defendants

12.    Bradley Arant Boult Cummings LLP – Counsel for Appellee

No. 25-10973
Boe, et al. v. Marshall, et al.

13.    Brooks, Roger G. – Counsel for Defendants

14.    Brown, Ashley C. – Counsel for *Amici Curiae* Law Professors

15.    Bryan, Hon. Chad W. – U.S. Magistrate Judge

16.    Buck, Brannon Jeffrey – Counsel for Respondent

17.    Burke, Hon. Liles C. – United States District Judge and Appellee

18.    Caplan Cobb LLC – Counsel for *Amici Curiae* Law Professors

19.    Carr, Danny – Defendant

20.    Charles, Carl Solomon – Respondent

21.    Collins, J. Turner – Counsel for Appellee

22.    Cooper & Kirk, PLLC – Counsel for Defendants

23.    Copeland Franco Screws & Gill – Counsel for Respondent

24.    Crocker, Champ – Defendant

25.    Davis, James William – Counsel for Defendants

26.    Dominick Feld Hyde, P.C. – Counsel for Respondent

27.    Doss, Jeffrey P. – Respondent / Appellant

28.    Driver, Christopher B. – Counsel for Respondent

29.    Eagan, Melody H. – Respondent / Appellant

30.    Eber, Michael L. – Counsel for *Amici Curiae* Law Professors

31.    Eggleston, Warren Neil – Counsel for Respondent

32.    Esseks, James D. – Respondent

33. Eversheds Sutherland LLP – Counsel for *Amici Curiae* Law

      Professors

34. Farella Braun & Martell LLP – Counsel for Respondent

35. Faulks, LaTisha Gotell – Respondent

36. Fleming, John H. – Counsel for *Amici Curiae* Law Professors

37. Frampton, Henry W. IV – Counsel for Defendants

38. Franklin, Samuel H. – Counsel for Respondent

39. GLBTQ Legal Advocates & Defenders – Counsel for Plaintiffs

40. Hartnett, Kathleen Roberta – Respondent

41. Holliday, Shannon Lynn – Counsel for Respondent

42. Human Rights Campaign Foundation – Counsel for Plaintiffs

43. Jenner & Block LLP – Counsel for Respondent

44. King & Spalding – Counsel for Plaintiffs

45. King, Mark Christian – Counsel for Respondent

46. Kirkland & Ellis LLP – Counsel for Respondent

47. Klugh, Richard C. – Counsel for Appellants

48. LaCour Jr., Edmund Gerard – Counsel for Defendants

49. Lembke, Matthew H. – Counsel for Appellee

50. Levi, Jennifer L. – Respondent

51. Lightfoot, Franklin & White LLC – Counsel for Respondent

52.    Markus, David Oscar – Counsel for Appellants

53.    Marshall, Steve – Defendant

54.    McCoy, Scott D. – Respondent

55.    McDaniel, Riley A. – Counsel for Appellee

56.    McKay, Charles A. – Counsel for Defendants

57.    Mills, Christopher Ernest – Counsel for Defendants

58.    Minter, Shannon – Respondent

59.    National Center for Lesbian Rights – Counsel for Plaintiffs

60.    Office of the Alabama Attorney General – Counsel for Defendants

61.    Orr, Asaf – Respondent

62.    Otterberg, April A. – Counsel for Respondent

63.    Pacheco, Byron – Counsel for Respondent

64.    Patterson, Peter A. – Counsel for Defendants

65.    Peterson, Misty L. – Counsel for Plaintiffs

66.    Prater IV, Harlan I. – Counsel for Respondent

67.    Pratt, James Andrew – Counsel for Plaintiffs

68.    Proctor, Hon. R. David – United States District Judge

69.    Ragsdale, Barry Alan – Counsel for Respondent

70.    Ramer, John D. – Counsel for Defendants

71.    Reinke, Adam – Counsel for Plaintiffs

72.     Remar, Robert – Counsel for Appellants

73.     Rogers, Bruce Frederick – Counsel for Respondent

74.     Schoenberg, Anthony Paul – Counsel for Respondent

75.     Sechler, Philip A. – Counsel for Defendants

76.     Segall, Robert David – Counsel for Respondent

77.     Seiss, Benjamin Matthew – Counsel for Defendants

78.     Shortnacy, Michael B. – Respondent

79.     Soto, Diego Armando – Counsel for Plaintiffs

80.     Southern Poverty Law Center – Counsel for Plaintiffs

81.     Spero Law LLC – Counsel for Defendants

82.     Stoll, Christopher F. – Counsel for Plaintiffs

83.     Stone, Jessica Lynn – Counsel for Plaintiffs

84.     Tarbox, James H. – Defendant

85.     Terenzi, Elizabeth Nicholson – Counsel for Respondent

86.     Thompson, David H. – Counsel for Defendants

87.     Ugai, John Michael – Counsel for Respondent

88.     Unikowsky, Adam Granich – Counsel for Respondent

89.     Vague, Amie A. – Counsel for Plaintiffs

90.     Vance III, Robert Smith – Counsel for Respondent

91.     Ventiere, Jessica – Defendant

No. 25-10973
Boe, et al. v. Marshall, et al.

92.    Waddell, Timothy Brandon – Counsel for *Amici Curiae* Law

Professors

93.    Warbelow, Sarah – Counsel for Plaintiffs

94.    Watkins, Hon. William Keith – United States District Judge

95.    Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs

96.    Wetzel, Christopher A. – Counsel for Appellee

97.    Whelan, Amy – Counsel for Plaintiffs

98.    Wilson, Jenny – Counsel for Appellants

99.    Wilson, Thomas Alexander – Counsel for Defendants

Pursuant to 11th Cir. R. 26.1-3, Appellee certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Respectfully submitted,

/s/ *Matthew H. Lembke*
Matthew H. Lembke
*Attorney for Appellee*

## APPELLEE'S MOTION TO SUPPLEMENT THE RECORD

Appellee, the Honorable Liles C. Burke in his capacity as a United States District Judge sitting by designation on the United States District Court for the Middle District of Alabama, moves the Court pursuant to Fed. R. App. P. 10(e)(3) to supplement the record with the documents attached hereto as Exhibit 1. These documents are certified copies of records maintained in the offices of the Clerk of this Court and the Clerk of the United States District Court for the Middle District of Alabama. In support of this motion, Appellee offers the following grounds:

1.    On September 5, 2025, Amici Curiae Law Professors filed a brief in support of Appellants. App. Doc. 54.[1]

2.    In the amici curiae's brief, they raise an issue that no party had raised before the district court. Specifically, they contend that Judge Liles C. Burke was not properly designated to serve as a district judge in this action and that Judge Burke thus lacked subject matter jurisdiction to issue the sanctions order that is the subject of this appeal. *Id.* at 4–8.

3.    When this action was initially filed in the Middle District of Alabama, it was assigned to Judge Austin Huffaker, who then assigned the case to Judge Burke, who sits on the Northern District of Alabama. Doc. 3.[2] The amici curiae

---

[1] "App. Doc." refers to documents filed in this appeal (Case No. 25-10973).
[2] "Doc." refers to documents filed in the district court (Case No. 2:22-CV-184-LCB-CWB).

1

note in their brief that Judge Huffaker in his assignment order referenced an "'order of the Chief Judge of the United States Court of Appeals for the Eleventh Circuit' through which 'all United States District Judges in the State of Alabama may preside over cases in any of the State's three judicial districts.'" App. Doc. 54 at 6 (citing Doc. 3). The amici curiae then stated in their brief that "no such order is available on the Eleventh Circuit's website, the Middle or Northern Districts' websites, or the *Boe v. Marshall* docket." *Id.* The amici curiae also cite 28 U.S.C. § 295, which provides, "All designations and assignments of justices and judges shall be filed with the clerks and entered on the minutes of the courts from and to which made." *Id.*

4.      The documents contained in Exhibit 1 are certified copies of the orders entered by the Chief Judge of this Court designating Judge Burke to serve in cases in the Middle District of Alabama for court years 2021, 2022, 2023, and 2024. The orders are maintained in the Clerk's office for this Court and the Clerk's office for the Middle District of Alabama. Upon review of the argument asserted by the amici curiae, Counsel for Appellee obtained the certified copies via request to the respective clerk's offices.

5.      This Court has "the inherent equitable power to allow supplementation of the appellate record" to "include material not before the district court" if supplementation "is in the interests of justice." *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1330 (11th Cir. 2000). It is "left to [the Court's] discretion" to

2

exercise this power on a "case-by-case basis." *Id.* "[S]upplementation is proper where, as here, the relevant issue was raised for the first time on appeal and the material informs [the Court's] analysis." *United States v. Hogan*, No. 21-30234, 2022 WL 101973, at *1 (5th Cir. Jan. 10, 2022) (citing *United States v. Fernandez-Cusco*, 447 F.3d 382, 386–87 (5th Cir. 2006)); *see also Ouachita Watch League v. Jacobs*, 463 F.3d 1163, 1170–71 (11th Cir. 2006) (permitting supplementation of the record to address an argument not raised in the district court).

6.      Where the Court "is considering the existence of subject matter jurisdiction, a consideration of all relevant information is necessary to make an informed and final decision." *See Cabalceta v. Standard Fruit Co.*, 883 F.2d 1553, 1555 (11th Cir. 1989).

7.      The designation orders contained in Exhibit 1 are highly relevant to the subject-matter jurisdiction argument raised for the first time on appeal by the amici curiae.  Because no party raised the issue before the district court, there was no reason for the orders to have been included in the record in the district court.

8.      Additionally, Federal Rule of Evidence 201 allows a court to "judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).  A "court may take judicial notice at any stage of the proceeding," Fed. R. Evid. 201(d), including on appeal, *see, e.g.*, *S. Christian*

3

*Leadership Conf. of Alabama v. Sessions*, 56 F.3d 1281, 1288 n.13 (11th Cir. 1995). This Court "may take judicial notice of its own records and records of lower courts." *Harris v. Menendez*, 817 F.2d 737, 741 n.6 (11th Cir. 1987) (citing *ITT Rayonier Inc. v. United States*, 651 F.2d 343, 345 n.2 (5th Cir. 1981)), *abrogated on other grounds by Neitzke v. Williams*, 490 U.S. 319 (1989).

9.    Because it is appropriate to take judicial notice of the records attached as Exhibit 1, that provides additional justification for the Court to order the supplementation of the appellate record with them.

10.    Counsel for Appellee contacted counsel for Appellants and the amici curiae concerning their position on this motion.  The amici curiae do not oppose the motion.  Counsel for Charles states, "Because it is not an issue raised by Mr. Charles, we take no position on the motion."  Counsel for Doss and Eagan states, "Because the motion to supplement the record is directed to factual questions raised by the amici, we defer to the amici regarding their position on the resolution of this issue."

WHEREFORE, PREMISES CONSIDERED, Appellee requests that this Court permit the supplementation of the record with the documents contained in Exhibit 1.

Respectfully submitted,


/s/ *Matthew H. Lembke*

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
*Attorney for Appellee*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, the undersigned counsel certifies that this motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. This motion contains 980 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

As required by Federal Rule of Appellate Procedure 27(d)(1)(E) and 11th Cir. R. 27-1(a)(11), this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in Times New Roman type style, font size 14.

/s/ *Matthew H. Lembke*
Of Counsel

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on this 22nd day of October, 2025,

using the Court's CM/ECF system, which will serve notice on all counsel of record.

/s/ *Matthew H. Lembke*
Of Counsel

# EXHIBIT 1

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 01 2021

David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections 292(b)

and 294(c), I designate each of the judges whose home district and names are listed on the

schedule attached to this order. By this order, they are designated to hold district court in the

districts of Alabama marked on the schedule by "X" during the period beginning October 1,

2021, and ending September 30, 2022, and for any additional time that may be required to

complete unfinished business.

ENTERED OCTOBER 1, 2021

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit

By: _____ Date: 10/07/2025
     Deputy Clerk
Atlanta, Ga.

# SCHEDULE

## UNITED STATES DISTRICT COURTS
## IN THE STATE OF ALABAMA
## <u>ACTIVE AND SENIOR  JUDGES</u>

| <u>NAME OF ACTIVE JUDGE</u> | <u>DISTRICT</u> | <u>Northern</u> | <u>Middle</u> | <u>Southern</u> |
|---|---|---|---|---|
| L. Scott Coogler (Chief) | Northern | X | X | X |
| R. David Proctor | Northern | X | X | X |
| Abdul K. Kallon | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristi K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

The **DESIGNATION** header spans the Northern, Middle, and Southern columns.

| **NAME OF SENIOR JUDGE** | **DISTRICT** | **DESIGNATION** | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon Lovelace Blackburn | Northern | X | X | X |
| C. Lynwood Smith, Jr. | Northern | X | X | X |
| Karon O. Bowdre | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton, III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 01 2022

David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections 292(b) and 294(c), I designate each of the judges whose home district and names are listed on the schedule attached to this order. By this order, they are designated to hold district court in the districts of Alabama marked on the schedule by "X" during the period beginning October 1, 2022, and ending September 30, 2023, and for any additional time that may be required to complete unfinished business.

ENTERED OCTOBER 1, 2022

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit

By: _____ Date: 10/07/2025
        Deputy Clerk
Atlanta, Ga.

# SCHEDULE

## UNITED STATES DISTRICT COURTS
## IN THE STATE OF ALABAMA
## ACTIVE AND SENIOR JUDGES

| NAME OF ACTIVE JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| L. Scott Coogler (Chief) | Northern | X | X | X |
| R. David Proctor | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker Jr. | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristie K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

| NAME OF SENIOR JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon L. Blackburn | Northern | X | X | X |
| C. Lynwood Smith Jr. | Northern | X | X | X |
| Karon O. Bowdre | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Charles R. Butler Jr. | Southern | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 29 2023

David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections 292(b) and 294(c), I designate each of the judges whose home district and names are listed on the schedule attached to this order. By this order, they are designated to hold district court in the districts of Alabama marked on the schedule by "X" during the period beginning October 1, 2023, and ending September 30, 2024, and for any additional time that may be required to complete unfinished business.

Entered September 29, 2023

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit

By: _____ Date: 10/07/2025
        Deputy Clerk
Atlanta, Ga.

**SCHEDULE**

**UNITED STATES DISTRICT COURTS**
**IN THE STATE OF ALABAMA**
**ACTIVE AND SENIOR JUDGES**

| NAME OF ACTIVE JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| L. Scott Coogler (Chief) | Northern | X | X | X |
| R. David Proctor | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker Jr. | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristie K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

| NAME OF SENIOR JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon L. Blackburn | Northern | X | X | X |
| C. Lynwood Smith Jr. | Northern | X | X | X |
| Karon O. Bowdre | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Charles R. Butler Jr. | Southern | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 2 2024

David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections 292(b) and 294(c), I designate each of the judges whose home district and names are listed on the schedule attached to this order. By this order, they are designated to hold district court in the districts of Alabama marked on the schedule by "X" during the period beginning October 1, 2024, and ending September 30, 2025, and for any additional time that may be required to complete unfinished business.

Entered October 2, 2024

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit

By: _____ Date: 10/07/2025
        Deputy Clerk
Atlanta, Ga.

# SCHEDULE

## UNITED STATES DISTRICT COURTS
## IN THE STATE OF ALABAMA
## ACTIVE AND SENIOR JUDGES

| NAME OF ACTIVE JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| R. David Proctor (Chief) | Northern | X | X | X |
| L. Scott Coogler | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker Jr. | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristie K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

USCA11 Case: 25-10973    Document: 58    Date Filed: 10/22/2025    Page: 27 of 40

| NAME OF SENIOR JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon L. Blackburn | Northern | X | X | X |
| C. Lynwood Smith Jr. | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Charles R. Butler Jr. | Southern | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |



Attest a true copy of:

Orders of the Chief Judge of the Eleventh Circuit designating each district judge in Alabama to hold district court in any of the state's three federal judicial districts for the fiscal years of:

October 1, 2021, to September 30, 2022

October 1, 2022, to September 30, 2023

October 1, 2023, to September 30, 2024

October 1, 2024, to September 30, 2025

These documents are on file in the office of the Clerk of Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama.

Certified this the 9th day of October 2025.

Trey Granger, Clerk of Court
United States District Court
for the Middle District of Alabama

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 01 2021

David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections 292(b)

and 294(c), I designate each of the judges whose home district and names are listed on the

schedule attached to this order. By this order, they are designated to hold district court in the

districts of Alabama marked on the schedule by "X" during the period beginning October 1,

2021, and ending September 30, 2022, and for any additional time that may be required to

complete unfinished business.

ENTERED OCTOBER 1, 2021

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

## SCHEDULE

## UNITED STATES DISTRICT COURTS
## IN THE STATE OF ALABAMA
## ACTIVE AND SENIOR JUDGES

| NAME OF ACTIVE JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| L. Scott Coogler (Chief) | Northern | X | X | X |
| R. David Proctor | Northern | X | X | X |
| Abdul K. Kallon | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristi K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

| NAME OF SENIOR JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon Lovelace Blackburn | Northern | X | X | X |
| C. Lynwood Smith, Jr. | Northern | X | X | X |
| Karon O. Bowdre | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton, III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 01 2022

David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections

292(b) and 294(c), I designate each of the judges whose home district and names are

listed on the schedule attached to this order. By this order, they are designated to hold

district court in the districts of Alabama marked on the schedule by "X" during the

period beginning October 1, 2022, and ending September 30, 2023, and for any

additional time that may be required to complete unfinished business.

ENTERED OCTOBER 1, 2022

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

## SCHEDULE

## UNITED STATES DISTRICT COURTS
## IN THE STATE OF ALABAMA
## ACTIVE AND SENIOR JUDGES

| NAME OF ACTIVE JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| L. Scott Coogler (Chief) | Northern | X | X | X |
| R. David Proctor | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker Jr. | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristie K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

| NAME OF SENIOR JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon L. Blackburn | Northern | X | X | X |
| C. Lynwood Smith Jr. | Northern | X | X | X |
| Karon O. Bowdre | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Charles R. Butler Jr. | Southern | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 29 2023
David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections

292(b) and 294(c), I designate each of the judges whose home district and names are

listed on the schedule attached to this order. By this order, they are designated to hold

district court in the districts of Alabama marked on the schedule by "X" during the

period beginning October 1, 2023, and ending September 30, 2024, and for any

additional time that may be required to complete unfinished business.

Entered September 29, 2023

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

## SCHEDULE

## UNITED STATES DISTRICT COURTS
## IN THE STATE OF ALABAMA
## ACTIVE AND SENIOR JUDGES

| NAME OF ACTIVE JUDGE | DISTRICT | Northern | Middle | Southern |
|---|---|---|---|---|
| | | **DESIGNATION** | | |
| L. Scott Coogler (Chief) | Northern | X | X | X |
| R. David Proctor | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker Jr. | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristie K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

| NAME OF SENIOR JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon L. Blackburn | Northern | X | X | X |
| C. Lynwood Smith Jr. | Northern | X | X | X |
| Karon O. Bowdre | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Charles R. Butler Jr. | Southern | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 03 2024

David J. Smith
Clerk

DESIGNATION OF ALABAMA DISTRICT JUDGES
FOR SERVICE IN ANOTHER DISTRICT OF ALABAMA
WITHIN THE ELEVENTH CIRCUIT
* * *

Because in my judgment the public interest requires it, under 28 U.S.C. sections

292(b) and 294(c), I designate each of the judges whose home district and names are

listed on the schedule attached to this order. By this order, they are designated to hold

district court in the districts of Alabama marked on the schedule by "X" during the

period beginning October 1, 2024, and ending September 30, 2025, and for any

additional time that may be required to complete unfinished business.

Entered October 2, 2024

William H. Pryor Jr.
Chief Judge
United States Court of Appeals
for the Eleventh Circuit

# SCHEDULE

## UNITED STATES DISTRICT COURTS
## IN THE STATE OF ALABAMA
## ACTIVE AND SENIOR JUDGES

| NAME OF ACTIVE JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| R. David Proctor (Chief) | Northern | X | X | X |
| L. Scott Coogler | Northern | X | X | X |
| Madeline H. Haikala | Northern | X | X | X |
| Annemarie Carney Axon | Northern | X | X | X |
| Liles C. Burke | Northern | X | X | X |
| Corey L. Maze | Northern | X | X | X |
| Anna M. Manasco | Northern | X | X | X |
| Emily C. Marks (Chief) | Middle | X | X | X |
| R. Austin Huffaker Jr. | Middle | X | X | X |
| Jeffrey U. Beaverstock (Chief) | Southern | X | X | X |
| Kristie K. DuBose | Southern | X | X | X |
| Terry F. Moorer | Southern | X | X | X |

| NAME OF SENIOR JUDGE | DISTRICT | DESIGNATION | | |
|---|---|---|---|---|
| | | Northern | Middle | Southern |
| Sharon L. Blackburn | Northern | X | X | X |
| C. Lynwood Smith Jr. | Northern | X | X | X |
| Myron H. Thompson | Middle | X | X | X |
| William H. Albritton III | Middle | X | X | X |
| W. Keith Watkins | Middle | X | X | X |
| Charles R. Butler Jr. | Southern | X | X | X |
| Callie V. S. Granade | Southern | X | X | X |
| William H. Steele | Southern | X | X | X |