No. 25-10973

# In the
# United States Court of Appeals
# for the Eleventh Circuit

◆

**BOE, ET AL. v. MARSHALL, ET AL.
(IN RE: MELODY H. EAGAN & JEFFREY P. DOSS)
(IN RE: CARL CHARLES)**

◆

On Appeal from the United States District Court
for the Middle District of Alabama
Hon. Liles C. Burke, United States District Judge
Case Number 2:22-CV-184-LCB-CWB

◆

**APPELLEE'S UNOPPOSED SECOND MOTION FOR
EXTENSION OF TIME**

◆

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
mlembke@bradley.com

*Attorney for Appellee*

No. 25-10973
Boe, et al. v. Marshall, et al.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Cir. R. 26.1-1, Appellee, by and through its undersigned counsel, hereby submits the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to any party:

1. Alliance Defending Freedom – Counsel for Defendants

2. Assaf, Eugene F. – Counsel for Respondent

3. Austin, Sarah – Counsel for Plaintiff

4. Badham & Buck LLC – Counsel for Respondent

5. Bailey, Daryl D. – Defendant

6. Bainbridge Mims Rogers & Smith LLP – Counsel for Respondent

7. Balkoski, Katherine – Counsel for Respondent

8. Barnes, Brian W. – Counsel for Defendants

9. Beaverstock, Hon. Jeffrey U. – United States District Judge

10. Berg, Rachel – Counsel for Plaintiff

11. Bowdre, Alexander Barrett – Counsel for Defendants

12. Bradley Arant Boult Cummings LLP – Counsel for Appellee

13. Brooks, Roger G. – Counsel for Defendants

14. Brown, Ashley C. – Counsel for *Amici Curiae* Law Professors

15. Bryan, Hon. Chad W. – U.S. Magistrate Judge

16. Buck, Brannon Jeffrey – Counsel for Respondent

17. Burke, Hon. Liles C. – United States District Judge and Appellee

18. Caplan Cobb LLC – Counsel for *Amici Curiae* Law Professors

19. Carr, Danny – Defendant

20. Charles, Carl Solomon – Respondent

21. Collins, J. Turner – Counsel for Appellee

22. Cooper & Kirk, PLLC – Counsel for Defendants

23. Copeland Franco Screws & Gill – Counsel for Respondent

24. Crocker, Champ – Defendant

25. Davis, James William – Counsel for Defendants

26. Dominick Feld Hyde, P.C. – Counsel for Respondent

27. Doss, Jeffrey P. – Respondent / Appellant

28. Driver, Christopher B. – Counsel for Respondent

29. Eagan, Melody H. – Respondent / Appellant

30. Eber, Michael L. – Counsel for *Amici Curiae* Law Professors

31. Eggleston, Warren Neil – Counsel for Respondent

32. Esseks, James D. – Respondent

33. Eversheds Sutherland LLP – Counsel for *Amici Curiae* Law Professors

34. Farella Braun & Martell LLP – Counsel for Respondent

35. Faulks, LaTisha Gotell – Respondent

36. Fleming, John H. – Counsel for *Amici Curiae* Law Professors

37. Frampton, Henry W. IV – Counsel for Defendants

38. Franklin, Samuel H. – Counsel for Respondent

39. GLBTQ Legal Advocates & Defenders – Counsel for Plaintiffs

40. Hartnett, Kathleen Roberta – Respondent

41. Holliday, Shannon Lynn – Counsel for Respondent

42. Human Rights Campaign Foundation – Counsel for Plaintiffs

43. Jenner & Block LLP – Counsel for Respondent

44. King & Spalding – Counsel for Plaintiffs

45. King, Mark Christian – Counsel for Respondent

46. Kirkland & Ellis LLP – Counsel for Respondent

47. Klugh, Richard C. – Counsel for Appellants

48. LaCour Jr., Edmund Gerard – Counsel for Defendants

49. Lembke, Matthew H. – Counsel for Appellee

50. Levi, Jennifer L. – Respondent

51. Lightfoot, Franklin & White LLC – Counsel for Respondent

52. Markus, David Oscar – Counsel for Appellants

53. Marshall, Steve – Defendant

54. McCoy, Scott D. – Respondent

55. McDaniel, Riley A. – Counsel for Appellee

56. McKay, Charles A. – Counsel for Defendants

57. Mills, Christopher Ernest – Counsel for Defendants

58. Minter, Shannon – Respondent

59. National Center for Lesbian Rights – Counsel for Plaintiffs

60. Office of the Alabama Attorney General – Counsel for Defendants

61. Orr, Asaf – Respondent

62. Otterberg, April A. – Counsel for Respondent

63. Pacheco, Byron – Counsel for Respondent

64. Patterson, Peter A. – Counsel for Defendants

65. Peterson, Misty L. – Counsel for Plaintiffs

66. Prater IV, Harlan I. – Counsel for Respondent

67. Pratt, James Andrew – Counsel for Plaintiffs

68. Proctor, Hon. R. David – United States District Judge

69. Ragsdale, Barry Alan – Counsel for Respondent

70. Ramer, John D. – Counsel for Defendants

71. Reinke, Adam – Counsel for Plaintiffs

72. Remar, Robert – Counsel for Appellants

73. Rogers, Bruce Frederick – Counsel for Respondent

74. Schoenberg, Anthony Paul – Counsel for Respondent

75. Sechler, Philip A. – Counsel for Defendants

76. Segall, Robert David – Counsel for Respondent

77. Seiss, Benjamin Matthew – Counsel for Defendants

78. Shortnacy, Michael B. – Respondent

79. Soto, Diego Armando – Counsel for Plaintiffs

80. Southern Poverty Law Center – Counsel for Plaintiffs

81. Spero Law LLC – Counsel for Defendants

82. Stoll, Christopher F. – Counsel for Plaintiffs

83. Stone, Jessica Lynn – Counsel for Plaintiffs

84. Tarbox, James H. – Defendant

85. Terenzi, Elizabeth Nicholson – Counsel for Respondent

86. Thompson, David H. – Counsel for Defendants

87. Ugai, John Michael – Counsel for Respondent

88. Unikowsky, Adam Granich – Counsel for Respondent

89. Vague, Amie A. – Counsel for Plaintiffs

90. Vance III, Robert Smith – Counsel for Respondent

91. Ventiere, Jessica – Defendant

92. Waddell, Timothy Brandon – Counsel for *Amici Curiae* Law Professors

93. Warbelow, Sarah – Counsel for Plaintiffs

94. Watkins, Hon. William Keith – United States District Judge

95. Weaver, Cynthia Cheng-Wun – Counsel for Plaintiffs

96. Wetzel, Christopher A. – Counsel for Appellee

97. Whelan, Amy – Counsel for Plaintiffs

98. Wilson, Jenny – Counsel for Appellants

99. Wilson, Thomas Alexander – Counsel for Defendants

Pursuant to 11th Cir. R. 26.1-3, Appellee certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Respectfully submitted,

/s/ *Matthew H. Lembke*
Matthew H. Lembke
*Attorney for Appellee*

Appellee, the Honorable Liles C. Burke in his capacity as a United States District Judge sitting by designation on the United States District Court for the Middle District of Alabama, moves the Court pursuant to Federal Rule of Appellate Procedure 26(b) and 11th Cir. R. 31-2(d) for an extension of time to file his appellate brief to the date seven (7) days after the date on which the Court rules on Appellee's pending Motion to Supplement the Record. In support of this Motion, Appellee states as follows:

1. Appellee's brief is due on November 21, 2025. App. Doc. 57.[1]

2. On October 22, 2025, Appellee filed a Motion to Supplement the Record. App. Doc. 58. The motion relates to an argument made in the brief of Amici Curiae Law Professors. *Id.* ¶¶ 1–4. Counsel for the Amici did not oppose the motion. *Id.* ¶ 10. Counsel for Appellant Charles took no position. *Id.* Counsel for Appellants Doss and Eagan "defer to the amici regarding their position on the resolution of this issue." *Id.*

3. The Court has not yet ruled on the Motion to Supplement the Record.

4. Whether the motion is granted or not will dictate the manner in which the argument in question is addressed in Appellee's brief.

---

[1] "App. Doc." refers to documents filed in this appeal (Case No. 25-10973).

1

5. Appellee asks for an extension of the due date for his brief to the date seven (7) days after the date on which the Court rules on Appellee's pending Motion to Supplement the Record.

6. Counsel for Appellants and the Amici have advised that they do not oppose the relief sought in this motion.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court will extend the filing deadline for the Appellee's Brief to the date seven (7) days after the date on which the Court rules on Appellee's pending Motion to Supplement the Record.

Respectfully submitted,

/s/ *Matthew H. Lembke*
Matthew H. Lembke
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@bradley.com
*Attorney for Appellee*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, the undersigned counsel certifies that this motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. This motion contains 319 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

As required by Federal Rule of Appellate Procedure 27(d)(1)(E) and 11th Cir. R. 27-1(a)(11), this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in Times New Roman type style, font size 14.

　　　　　　　　　　　　　　　　　　　　/s/ *Matthew H. Lembke*
　　　　　　　　　　　　　　　　　　　　Of Counsel

4

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on this 13th day of November, 2025, using the Court's CM/ECF system, which will serve notice on all counsel of record.

/s/ *Matthew H. Lembke*
Of Counsel