No. 25-10973-GG

# United States Court of Appeals for the Eleventh Circuit

BOE, ET AL. V. MARSHALL, ET AL.,
(IN RE: CARL CHARLES)

On Appeal from the United States District Court for the Middle District of Alabama
(Case No. 2:22-CV-184-LCB-CWB)

## APPELLANT CARL CHARLES' MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Barry A. Ragsdale
Robert S. Vance III
DOMINICK FELD HYDE, P.C.
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

W. Neil Eggleston
Mark Hochberg
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
mark.hochberg@kirland.com

*Counsel for Appellant Carl Charles*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-3, Appellant Carl Charles states that he is an individual and that the following persons or entities may have an interest in the outcome of this appeal:

Alliance Defending Freedom—Counsel for Defendants

Assaf, Eugene F.—Counsel for Respondent

Austin, Sarah—Counsel for Plaintiff

Badham & Buck LLC—Counsel for Respondent

Bailey, Daryl D.—Defendant

Bainbridge Mims Rogers & Smith LLP—Counsel for Respondent

Balkoski, Katherine—Counsel for Respondent

Barnes, Brian W.—Counsel for Defendants

Beaverstock, Hon. Jeffrey U.—U.S. District Judge

Berg, Rachel—Counsel for Plaintiff

Bowdre, Alexander Barrett—Counsel for Defendants

Brooks, Roger G.—Counsel for Defendants

Bryan, Hon. Chad W.—U.S. Magistrate Judge

Buck, Brannon Jeffrey—Counsel for Respondent

Burke, Hon. Liles C.—U.S. District Judge

Carr, Danny—Defendant

Charles, Carl Solomon—Respondent

Cooper & Kirk, PLLC—Counsel for Defendants

Copeland Franco Screws & Gill—Counsel for Respondent

Crocker, Champ—Defendant

Davis, James William—Counsel for Defendants

Dominick Feld Hyde, P.C.—Counsel for Respondent

Doss, Jeffrey P.—Respondent/Appellant

Driver, Christopher B.—Counsel for Respondent

Eagan, Melody H.—Respondent/Appellant

Eggleston, Warren Neil—Counsel for Respondent

Esseks, James D.—Respondent

Farella Braun & Martell LLP—Counsel for Respondent

Faulks, LaTisha Gotell—Respondent

Frampton, Henry W. IV—Counsel for Defendants

Franklin, Samuel H.—Counsel for Respondent

GLBTQ Legal Advocates & Defenders—Counsel for Plaintiffs

Hartnett, Kathleen Roberta—Respondent

Holliday, Shannon Lynn—Counsel for Respondent

Human Rights Campaign Foundation—Counsel for Plaintiffs

Jenner & Block LLP—Counsel for Respondent

King & Spalding—Counsel for Plaintiffs

King, Mark Christian—Counsel for Respondent

Kirkland & Ellis LLP—Counsel for Respondent

LaCour Jr., Edmund Gerard—Counsel for Defendants

Levi, Jennifer L.—Respondent

Lightfoot, Franklin & White LLC—Counsel for Respondent

Marshall, Steve—Defendant

McCoy, Scott D.—Respondent

McKay, Charles A.—Counsel for Defendants

Mills, Christopher Ernest—Counsel for Defendants

Minter, Shannon—Respondent

National Center for Lesbian Rights—Counsel for Plaintiffs

Office of the Alabama Attorney General—Counsel for Defendants

Orr, Asaf—Respondent

Otterberg, April A.—Counsel for Respondent

Pacheco, Byron—Counsel for Respondent

Patterson, Peter A.—Counsel for Defendants

Peterson, Misty L.—Counsel for Plaintiffs

Prater IV, Harlan I.—Counsel for Respondent

Pratt, James Andrew—Counsel for Plaintiffs

Proctor, Hon. R. David—U.S. District Judge

Ragsdale, Barry Alan—Counsel for Respondent

Ramer, John D.—Counsel for Defendants

Reinke, Adam—Counsel for Plaintiffs

Rogers, Bruce Frederick—Counsel for Respondent

Schoenberg, Anthony Paul—Counsel for Respondent

Sechler, Philip A.—Counsel for Defendants

Segall, Robert David—Counsel for Respondent

Seiss, Benjamin Matthew—Counsel for Defendants

Shortnacy, Michael B.—Respondent

Soto, Diego Armando—Counsel for Plaintiffs

Southern Poverty Law Center—Counsel for Plaintiffs

Spero Law LLC—Counsel for Defendants

Stoll, Christopher F.—Counsel for Plaintiffs

Stone, Jessica Lynn—Counsel for Plaintiffs

Tarbox, James H.—Defendant

Terenzi, Elizabeth Nicholson—Counsel for Respondent

Thompson, David H.—Counsel for Defendants

Ugai, John Michael—Counsel for Respondent

Unikowsky, Adam Granich—Counsel for Respondent

Vague, Amie A.—Counsel for Plaintiffs

Vance III, Robert Smith—Counsel for Respondent

Ventiere, Jessica—Defendant

Warbelow, Sarah—Counsel for Plaintiffs

Watkins, Hon. William Keith—U.S. District Judge

Weaver, Cynthia Cheng-Wun—Counsel for Plaintiffs

Whelan, Amy—Counsel for Plaintiffs

Wilson, Thomas Alexander—Counsel for Defendants

# APPELLANT CARL CHARLES' MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Appellant, Carl Charles ("Mr. Charles"), pursuant to Federal Rule of Appellate Procedure 26(b) and 11th Circuit Rule 31-2, respectfully requests that this Court extend the time for filing of Mr. Charles' reply brief by 14 days until January 30, 2026, and in support of the motion states:

1. Mr. Charles' reply brief is due on January 16, 2026, following one telephonic 30-day extension of time.

2. This is an extremely complex case arising from unique and unprecedented proceedings. Mr. Charles' appeal presents constitutional and procedural issues of first impression, and he seeks reversal of the imposition of severe sanctions against him that have significant implications for his legal career.

3. Appellants Melody H. Eagan and Jeffrey P. Doss have previously requested a 14-day extension for the filing of their reply brief, which this Court granted.

4. Mr. Charles respectfully requests that this Court grant him a 14-day extension to file his reply brief.

5. Counsel for Mr. Charles has consulted opposing counsel,

1

who does not oppose this request.

WHEREFORE, Appellant Carl Charles respectfully moves to extend the time to file his reply brief by 14 days to January 30, 2026.

January 13, 2026

Respectfully submitted,

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance III
DOMINICK FELD HYDE, P.C.
1130 22nd Street South
Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

W. Neil Eggleston
Mark Hochberg
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
mark.hochberg@kirland.com

*Counsel for Appellant Carl Charles*

# FRAP 32(g) CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A), I hereby certify that the foregoing motion contains 190 words, excluding those parts exempted by Fed. R. App. P. 32(f). It further complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6), as it has been prepared in a proportionally-based typeface using Century Schoolbook 14-point font.

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale

## CERTIFICATE OF SERVICE

I certify that, on January 13, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and that notice of such filing was made through the CM/ECF system or by U.S. mail, postage prepaid, to all counsel of record.

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
