## No. 25-10973-GG

## United States Court of Appeals for the Eleventh Circuit

### BOE, ET AL. V. MARSHALL, ET AL.,
### (IN RE: CARL CHARLES)

On Appeal from the United States District Court for the Middle District of
Alabama
(Case No. 2:22-CV-184-LCB-CWB)

## MOTION TO WITHDRAW AS COUNSEL

## MOTION TO WITHDRAW AS COUNSEL

I, Mark Hochberg, move for leave to withdraw as counsel of record for Appellant Carl Charles because I am no longer employed by Kirkland & Ellis LLP. Appellant Carl Charles will continue to be represented by other counsel of record, and no party will be prejudiced by this withdrawal.

May 7, 2026                                    Respectfully submitted,

                                               */s/ Mark Hochberg*
                                               Mark Hochberg
                                               Assistant Attorney General
                                               Commonwealth of Massachusetts
                                               One Ashburton Place
                                               Boston, Massachusetts 02108
                                               (617) 963-2550
                                               mark.hochberg@mass.gov

## CERTIFICATE OF SERVICE

I certify that, on May 7, 2026, the foregoing document was electronically filed with the Clerk of Courts using the CM/ECF system and that notice of such filing was made through the CM/ECF system to all counsel of record.

*/s/ Mark Hochberg*
Mark Hochberg