**No. 25-10973-G**

**United States Court of Appeals for the Eleventh Circuit**

BOE, et al. v. MARSHALL, et al.,
(IN RE: CARL CHARLES)

On Appeal from the United States District Court for the Middle District of
Alabama
(Case No. 2:22-CV-184-LCB-CWB)

**APPELLANT CARL CHARLES' REPLY IN SUPPORT OF
MOTION FOR LEAVE TO FILE UNDER SEAL**

Barry A. Ragsdale
Robert S. Vance III
DOMINICK FELD HYDE, P.C.
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.:  (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

W. Neil Eggleston
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com

*Counsel for Appellant Carl Charles*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-3, Appellant Carl Charles states that he is an individual and that the following persons or entities may have an interest in the outcome of this appeal:

Alliance Defending Freedom—Counsel for Defendants

Assaf, Eugene F.—Counsel for Respondent

Austin, Sarah—Counsel for Plaintiff

Badham & Buck LLC—Counsel for Respondent

Bailey, Daryl D.—Defendant

Bainbridge Mims Rogers & Smith LLP—Counsel for Respondent

Balkoski, Katherine—Counsel for Respondent

Barnes, Brian W.—Counsel for Defendants

Beaverstock, Hon. Jeffrey U.—U.S. District Judge

Berg, Rachel—Counsel for Plaintiff

Bowdre, Alexander Barrett—Counsel for Defendants

Brooks, Roger G.—Counsel for Defendants

Bryan, Hon. Chad W.—U.S. Magistrate Judge

Buck, Brannon Jeffrey—Counsel for Respondent

C-1 of 4

Burke, Hon. Liles C.—U.S. District Judge

Carr, Danny—Defendant

Charles, Carl Solomon—Respondent

Cooper & Kirk, PLLC—Counsel for Defendants

Copeland Franco Screws & Gill—Counsel for Respondent

Crocker, Champ—Defendant

Davis, James William—Counsel for Defendants

Dominick Feld Hyde, P.C.—Counsel for Respondent

Doss, Jeffrey P.—Respondent/Appellant

Driver, Christopher B.—Counsel for Respondent

Eagan, Melody H.—Respondent/Appellant

Eggleston, Warren Neil—Counsel for Respondent

Esseks, James D.—Respondent

Farella Braun & Martell LLP—Counsel for Respondent

Faulks, LaTisha Gotell—Respondent

Frampton, Henry W. IV—Counsel for Defendants

Franklin, Samuel H.—Counsel for Respondent

GLBTQ Legal Advocates & Defenders—Counsel for Plaintiffs

Hartnett, Kathleen Roberta—Respondent

Holliday, Shannon Lynn—Counsel for Respondent

Human Rights Campaign Foundation—Counsel for Plaintiffs

Jenner & Block LLP—Counsel for Respondent

King & Spalding—Counsel for Plaintiffs

King, Mark Christian—Counsel for Respondent

Kirkland & Ellis LLP—Counsel for Respondent

LaCour Jr., Edmund Gerard—Counsel for Defendants

Levi, Jennifer L.—Respondent

Lightfoot, Franklin & White LLC—Counsel for Respondent

Marshall, Steve—Defendant

McCoy, Scott D.—Respondent

McKay, Charles A.—Counsel for Defendants

Mills, Christopher Ernest—Counsel for Defendants

Minter, Shannon—Respondent

National Center for Lesbian Rights—Counsel for Plaintiffs

Office of the Alabama Attorney General—Counsel for Defendants

Orr, Asaf—Respondent

Otterberg, April A.—Counsel for Respondent

Pacheco, Byron—Counsel for Respondent

Patterson, Peter A.—Counsel for Defendants

Peterson, Misty L.—Counsel for Plaintiffs

Prater IV, Harlan I.—Counsel for Respondent

Pratt, James Andrew—Counsel for Plaintiffs

Proctor, Hon. R. David—U.S. District Judge

Ragsdale, Barry Alan—Counsel for Respondent

Ramer, John D.—Counsel for Defendants

Reinke, Adam—Counsel for Plaintiffs

Rogers, Bruce Frederick—Counsel for Respondent

Schoenberg, Anthony Paul—Counsel for Respondent

Sechler, Philip A.—Counsel for Defendants

Segall, Robert David—Counsel for Respondent

Seiss, Benjamin Matthew—Counsel for Defendants

Shortnacy, Michael B.—Respondent

Soto, Diego Armando—Counsel for Plaintiffs

Southern Poverty Law Center—Counsel for Plaintiffs

Spero Law LLC—Counsel for Defendants

Stoll, Christopher F.—Counsel for Plaintiffs

Stone, Jessica Lynn—Counsel for Plaintiffs

Tarbox, James H.—Defendant

Terenzi, Elizabeth Nicholson—Counsel for Respondent

Thompson, David H.—Counsel for Defendants

Ugai, John Michael—Counsel for Respondent

Unikowsky, Adam Granich—Counsel for Respondent

Vague, Amie A.—Counsel for Plaintiffs

Vance III, Robert Smith—Counsel for Respondent

Ventiere, Jessica—Defendant

Warbelow, Sarah—Counsel for Plaintiffs

Watkins, Hon. William Keith—U.S. District Judge

Weaver, Cynthia Cheng-Wun—Counsel for Plaintiffs

Whelan, Amy—Counsel for Plaintiffs

Wilson, Thomas Alexander—Counsel for Defendants

**APPELLANT CARL CHARLES' REPLY IN SUPPORT OF
MOTION FOR LEAVE TO FILE UNDER SEAL**

Appellant, Carl Charles ("Charles"), pursuant to Federal Rule of Appellate Procedure 27(a)(4), respectfully submits this reply in support of his Motion for Leave to File Under Seal (doc. 104). In support of the motion, Charles states:

1.      Appellee argues in his response that Charles is required to demonstrate "good cause" for filing the two orders under seal. (doc. 106 at 8). Charles' "good cause" for submitting the two District Court orders under seal is that the orders are sealed and remain under seal by order of the United States District Court for the Middle District of Alabama in Case No. 25-00489-CR-ALTONAGA/JTA. Charles did not move or request that the subject orders be placed under seal by the District Court. Charles' undersigned counsel were not Charles' counsel in Case No. 25-00489-CR-ALTONAGA/JTA.

2.      The submission of the two District Court orders was made under seal so as to avoid violating the District Court's orders sealing the documents and in reliance on 11th Cir. R. 25-3(h), which provides that "[d]ocuments filed under seal in the court from which an appeal is taken will continue to be filed under seal on appeal to this court."

3.      Upon Charles' motion in Case No. 25-00489-CR-ALTONAGA/JTA, the District Court entered an order granting Charles leave to file under seal a motion seeking limited relief from the District Court's sealing order. (doc. 32). While granting

1

Charles' limited relief, including permitting Charles to submit the orders in this appeal (doc. 34), the District Court ordered that Charles' "motion relating to the order dismissing indictment [ECF No. 30] shall be sealed and remain under seal until June 13, 2027." The District Court's order granting leave was not filed under seal. (doc. 32).

4.      Appellee also challenges Charles to "identify the rule that would permit the filing of this document from another case that is not part of the appellate record applicable to this appeal." (doc. 106 at 4). Of course, as Charles previously pointed out, it was Appellee who unilaterally interposed the criminal indictment "from another case" into this appeal. (doc. 69 at 31 n.3). Appellee, having interjected the indictment in this appeal, should not be heard to argue that Charles is precluded from completing the factual picture and informing this Court of the indictment's dismissal.

5.      Finally, this Court is permitted to take judicial notice of Judge Altonaga's orders in Case No. 25-00489-CR-ALTONAGA/JTA. *See, e.g.*, *Griffin v. Verizon Commc'ns Inc.*, 746 F. App'x 873, 876 (11th Cir. 2018) ("Courts typically take judicial notice of record documents from other judicial proceedings.") (citing *Lozman v. City of Riviera Beach*, 713 F.3d 1066, 1075 n.9 (11th Cir. 2013)); *Cash Inn of Dade, Inc. v. Metropolitan Dade Cty.*, 938 F.2d 1239, 1243 (11th Cir. 1991)).

2

July 7, 2026                             Respectfully submitted,


                                        */s/ Barry A. Ragsdale*
                                        Barry A. Ragsdale
                                        Robert S. Vance III
                                        DOMINICK FELD HYDE, P.C.
                                        1130 22nd Street South
                                        Suite 4000
                                        Birmingham, AL 35205
                                        Tel.: (205) 536-8888
                                        bragsdale@dfhlaw.com
                                        rvance@dfhlaw.com

                                        W. Neil Eggleston
                                        KIRKLAND & ELLIS LLP
                                        1301 Pennsylvania Ave, N.W.
                                        Washington, D.C. 20004
                                        Tel.: (202) 389-5016
                                        neil.eggleston@kirkland.com


                                        *Counsel for Appellant Carl Charles*

## FRAP 32(g) CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A), I hereby certify that the foregoing reply contains 466 words, excluding those parts exempted by Fed. R. App. P. 32(f). It further complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6), as it has been prepared in a proportionally-based typeface using Times New Roman 14-point font.

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale

4

## CERTIFICATE OF SERVICE

I certify that, on July 7, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and that notice of such filing was made through the CM/ECF system or by U.S. mail, postage prepaid, to all counsel of record.

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale